UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Neo Ivy Capital Management LLC, et al.,          Case No. 18-mc-94 (SRN/DTS)

    Plaintiffs,

v.                                  **ORDER**

Savvysherpa LLC, et al.,

    Defendants.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated March 8, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation of the Magistrate Judge [Document No. 26] is **ADOPTED**.

2. Plaintiffs' motion to compel compliance with their subpoenas [Document No. 16] is granted in part and denied in part as follows:

    a. Request Nos. 1 through 3: Defendants shall produce all documents on or before March 15, 2019.

b. Request No. 4: Defendants shall search for and produce all internal communications and documents in which non-party Yinglong Guo ("Guo") or Defendants discuss, compare, or contrast the work Guo has performed for Savvysherpa LLC ("Savvysherpa") or UnitedHealth Group with his prior work for Neo Ivy Capital Management LLC ("Neo Ivy").

c. Request No. 5: Defendants shall produce all documents reflecting Savvysherpa's and Optum Ventures' investment in (or consideration of investment in) specific companies during the period July 2017 to December 2017 as identified by Plaintiffs. Plaintiffs shall supply a list of Neo Ivy's investment targets to Defendants within one week from the date of this order. Defendants must respond to that list within one week.

d. Request No. 6: This request is denied.

e. Request No. 7: This request is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 29, 2019         s/Susan Richard Nelson
                              SUSAN RICHARD NELSON
                              United States District Judge